UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARCIELA DEL CARMEN CAJAMARCA FLORES
and JULIO CÉSAR HERNÁNDEZ LARRIVA,

                    Petitioners,

                    v.

"WARDEN IN CHARGE OF DETENTION," at 26
Federal Plaza, New York, NY; TODD LYONS, Acting
Director of U.S. Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting Executive Associate
Director for ICE, Enforcement and Removal Operations
(ERO); WILLIAM P. JOYCE, in his official capacity as
Deputy Field Office Director of New York; RODNEY S.
SCOTT, in his official capacity as the Commissioner of
U.S. Customs and Border Protection (CBP);
IMMIGRATION AND CUSTOMS ENDORCEMENT;
MARKWAYNE MULLIN, in his official capacity as
Secretary of Homeland Security; TODD BLANCHE, in
his official capacity as Attorney General of the United
States; PRESIDENT DONALD J. TRUMP, in his
personal and official capacity,

                    Respondents.

26-CV-5477

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 28, 2026, Petitioners filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1 (Pet.). It is hereby ordered that:

1. Respondents shall file an opposition by July 1, 2026 as to why the petition for a writ of habeas corpus should not be granted. In their Opposition, they shall state the reason, if any, why *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026) does not require Petitioners' immediate release.

2. Petitioners shall have the opportunity to reply by July 6, 2026.

3. This matter shall be heard by the Court on July 7, 2026 at 2:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioners at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioners shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioners' interest in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioners except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. See, e.g., *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. No later than June 30, 2026, counsel for Petitioners shall file notice of his appearance on the docket.

6. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following

email address: jeffrey.oestericher@usdoj.gov.  The Clerk of Court is further respectfully ordered to email a copy of this order to counsel for Petitioners, Yuri Hovannisyan at yuri@yhovlaw.com.

SO ORDERED.

Dated:       June 29, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge

3