UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARCIELA DEL CARMEN CAJAMARCA FLORES and JULIO CÉSAR HERNÁNDEZ LARRIVA,

Petitioners,

v.

"WARDEN IN CHARGE OF DETENTION," at 26 Federal Plaza, New York, NY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director for ICE, Enforcement and Removal Operations (ERO); WILLIAM P. JOYCE, in his official capacity as Deputy Field Office Director of New York; RODNEY S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection (CBP); IMMIGRATION AND CUSTOMS ENDORCEMENT; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; PRESIDENT DONALD J. TRUMP, in his personal and official capacity,

Respondents.

26-CV-5477

ORDER

RONNIE ABRAMS, United States District Judge:

In advance of the oral argument scheduled for July 7, 2026 at 2:00 p.m., Respondents shall file on the docket, no later than 12:00 p.m. tomorrow, copies of the following forms for each Petitioner: (1) Form I-200, Warrant for Arrest of Alien; (2) Initial Custody Determination worksheet or any equivalent form; and (3) Form I-286 Notice of Custody Determination.

Additionally, if feasible, the Court requests the presence of an ICE deportation officer or other representative who can testify about the process by which Petitioners were determined to be a flight risk.

sSO ORDERED.

Dated: July 6, 2026
New York, New York

Ronnie Abrams
United States District Judge