**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 6, 2026

Application granted. The hearing previously scheduled for July 7, 2026 at 2:00 p.m. is hereby adjourned to Thursday July 9, 2026 at 11:00 a.m to accommodate Petitioners' in-person presence at the hearing.

SO ORDERED.

Hon. Ronnie Abrams
July 6, 2026

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Graciela Del Carmen Cajmarca Flores and Julio Cesar Hernandez Larriva v. Warden in Charge of Detention*, *et al.*, 26-cv-5477 (RA)

Dear Judge Abrams:

This Office represents the government in the above-referenced immigration habeas corpus action in which petitioners Graciela Del Carmen Cajmarca Flores and Julio Cesar Hernandez Larriva ("Petitioners"), challenge their detention by U.S. Immigration and Customs Enforcement ("ICE"). I write respectfully to inform the Court that ICE unfortunately will not be able to produce the Petitioners at the hearing scheduled for tomorrow, July 7, 2026 at 2:00pm, as required by your Honor's June 29, 2026 Order, ECF No. 3 ¶ 3, and I respectfully request that the Court permit their appearance remotely or alternatively reschedule the hearing.

By way of background, as the Government advised in its July 1, 2026 letter, ECF No. 5, on June 28, 2026 (before the Court issued its June 29, 2026, Order), ICE had secured bedspace and transported Petitioners from New York City to Louisiana. *Id.* at 2 n.1. At this time, Petitioner Flores is at the South Louisiana ICE Processing Center, and Petitioner Larriva is at the Adams County Correctional Center.

Upon receiving the Court's Order, on June 29, 2026, this Office sent the Court's Order to ICE counsel. On July 1, 2026, undersigned counsel highlighted for ICE counsel the provision in the Court's Order requiring Petitioners' presence at the July 7, 2026 hearing, and requested that ICE make arrangements to return Petitioners to the New York City area for that hearing. That same day, ICE counsel confirmed that ICE ERO had been notified of the production requirement. Earlier today, when undersigned counsel again reminded ICE counsel that Petitioners were required to be present at tomorrow's hearing, ICE advised that unfortunately, due to an oversight in ICE's routing of the order on July 1, 2026, ICE had not made arrangements for Petitioners' transport back to the New York area, and the earliest Petitioners could be returned to New York is on a flight that is scheduled to arrive at Newark Airport at approximately 2:30pm on July 8, 2026.

The Government sincerely apologizes for this oversight. ICE has stated that it should be able to make the Petitioners available by telephone tomorrow at 2:00pm for the hearing and respectfully requests that the Court excuse their in-person presence at the hearing. Alternatively,

the Government requests that the hearing be adjourned to July 9, 2026, to allow ICE additional time to produce the Petitioners in-person.

The Government has advised Petitioners' counsel of this situation, and Petitioners' counsel has responded with his position as follows: "I would like them produced in person. They are not supposed to be held outside of NY/ NJ."

* * *

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *[/s/ Dominika Tarczynska]*
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2748
E-mail: dominika.tarczynska@usdoj.gov

cc: Yuri Hovhannisyan, Esq. (via email)