UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DEL CARMEN CAJAMARCA FLORES and JULIO CÉSAR HERNÁNDEZ LARRIVA,

Petitioners,

v.

"WARDEN IN CHARGE OF DETENTION," at 26 Federal Plaza, New York, NY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director for ICE, Enforcement and Removal Operations (ERO); WILLIAM P. JOYCE, in his official capacity as Deputy Field Office Director of New York; RODNEY S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection (CBP); IMMIGRATION AND CUSTOMS ENDORCEMENT; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; PRESIDENT DONALD J. TRUMP, in his personal and official capacity,

Respondents.

26-CV-5477

ORDER

RONNIE ABRAMS, United States District Judge:

Respondents shall produce Petitioners for an in-person hearing tomorrow July 10, 2026 at 1:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Until the Court orders otherwise, Petitioners cannot be transported out of this District, the Eastern District of New York, or the District of New Jersey.

SO ORDERED.

Dated: July 9, 2026
New York, New York



Ronnie Abrams
United States District Judge