UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DEL CARMEN CAJAMARCA FLORES and JULIO CÉSAR HERNÁNDEZ LARRIVA,

Petitioners,

v.

"WARDEN IN CHARGE OF DETENTION," at 26 Federal Plaza, New York, NY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director for ICE, Enforcement and Removal Operations (ERO); WILLIAM P. JOYCE, in his official capacity as Deputy Field Office Director of New York; RODNEY S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection (CBP); IMMIGRATION AND CUSTOMS ENDORCEMENT; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; PRESIDENT DONALD J. TRUMP, in his personal and official capacity,

Respondents.

26-CV-5477

ORDER

RONNIE ABRAMS, United States District Judge:

The Court grants the petition for a writ of habeas corpus and orders Petitioners' release by 6:00 p.m. today. It shall also return all personal property in its custody to them upon release. Petitioners are released on their own recognizance and must comply with the following standard conditions consistent with Immigration and Customs Enforcement ("ICE") Form I-220A: (1) they must report for any hearing or interview as directed by ICE or the Executive Office for Immigration Review ("EOIR"); (2) they must surrender for removal from the United States if so ordered; (3) they must report to the ICE duty officer as directed; (4) they must not change their place of residence without first securing written permission from the ICE officer to whom their case is

assigned; (5) they must not violate any local, state, or federal laws or ordinances; and (6) they must assist ICE in obtaining any necessary travel documents.

The Government must promptly file proof on the docket confirming Petitioners' release from custody.

SO ORDERED.

Dated: July 10, 2026
New York, New York

Ronnie Abrams
United States District Judge